UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN H THOMPSON,

              Plaintiff,

    v.

CHICO PAROLE DIVISION,

              Defendants.

No. 2:17-cv-2442 DB P

ORDER AND FINDINGS AND
RECOMMENDATIONS

Plaintiff is a county inmate proceeding pro se and has filed a civil rights claim pursuant to 42 U.S.C. § 1983. By order dated November 16, 2018, plaintiff's complaint was dismissed, and thirty days leave to file an amended complaint was granted. (ECF No. 4.) Thereafter, plaintiff did not file an amended complaint. On January 3, 2019 the court directed plaintiff to file an amended complaint within fourteen days and warned him that failure to file an amended complaint would result in a recommendation that this action be dismissed. (ECF No. 5.) Those fourteen days have now passed, and plaintiff has not filed an amended complaint, updated his address, or otherwise responded to the court's order.

Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to randomly assign a district judge to this action.

IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

1    These findings and recommendations are submitted to the United States District Judge

2  assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days

3  after being served with these findings and recommendations, plaintiff may file written objections

4  with the court and serve a copy on all parties.  Such a document should be captioned

5  "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that

6  failure to file objections within the specified time may waive the right to appeal the District

7  Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

8  Dated:  March 18, 2019

9

10

11                                              DEBORAH BARNES
                                                UNITED STATES MAGISTRATE JUDGE
12

13  DLB:12
    DLB1/prisoner-civil rights/thom2442.fsc

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2